## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

PRISILIANA JAIMES NUNEZ,      )
                                       )
      Petitioner,               )
                                       )
v.                             )      Case No.:  7:25-cv-1765-LCB-HNJ
                                       )
WARDEN, *FCI Aliceville*,      )
                                       )
      Respondent.          )

## ORDER

On May 12, 2026, U.S. Magistrate Judge Herman N. Johnson, Jr., issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court deny Nunez's 28 U.S.C. § 2241 petition because she is ineligible for application of First Step Act credits to her sentence pursuant to 18 U.S.C. § 3632(d)(4)(E)(i). (Doc. 14). No party has objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F. Supp. 3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). The district court may, in its review, "accept, reject, or modify, in

whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (doc. 14) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. Nunez's § 2241 petition (doc. 13) is **DENIED**. The final judgment will be entered separately.

**DONE** and **ORDERED** this June 8, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2